SCMF-12-0000538

SUPREME COURT OF THE STATE OF HAWAIʻI

In the Matter of the
FEBRUARY 2020 EXAMINATION FOR ADMISSION
TO THE BAR OF THE STATE OF HAWAIʻI

NOTICE OF PASSING THE HAWAIʻI BAR EXAMINATION

The applicants listed below are hereby notified that each has passed the

February 2020 Hawaiʻi examination for admission to the Bar of the State of Hawaiʻi, as

required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawaiʻi

(RSCH):

| | |
|---|---|
| Nare Gegham Aleksanyan | David Matthew Coats |
| Andre Anthony Alers | Christopher Richard Coble |
| Mark Andrew Babilonia | Megan Ashley Coburn |
| Robert Salvatore Beehm | James Hagbart Crosby |
| Paul Vivian Bennett | Keonaona Christian Ferreira |
| Jody Lynn Broaddus | Rebecca Oato Filipovic |
| Tara Anjuli Buckley | Lydia Mayna Seumanu Fuatagavi |
| Melissa Membrere Bumanglag | Sally Elizabeth Garrison |
| Andrew George Burnett | Crystal Diane Golm |
| Hugo Dario Cabrera | Andres Yuniet Gonzalez |
| Michael Edward Carleton | Kathleen Guneratne |
| Justin Lee Carley | Kenneth John Hall |
| Garrett Ryan Chambers | Raelynn J. Hillhouse |
| Martin Sing Chung Chang | Dwight David Holloway |
| Jordan Kauhiaimokukama Chee | Seema Nikila Kadaba |
| Tiffany Wing Cheung | Lezlie Ann Leialoha Kiaha |

-1-

Anne Patricia Koethe
Kenneth Mark Lapides
Rebecca Jean Lawrence
Amanda Rae Lerma
Andrew Christian Marcantel
Timothy Sanford Menter
Trent Kenichi Miyashiro
Cynthia Renee Moore
James Benjamin Myers
Linda Lee Nelson
Jasen Bodie Nielsen
Eric Lee Niemeyer
Valerie Karina Ochoa
Serena Lei Kulia Kawohikukapulani
    Makaiwi Pascual
Glenn Ross Pendleton

Michael Christopher Rubino
Kirsten Johanna Selvig
Avin Sukh Singh
Lee Norman Smith
Sydney Spector
Bruce Alexander Thabit
Sara Mae Theodorous
Ryan Kahaawi Thomas
Rachel Lorraine Thompson
John Morgan Van Atta
Stephanie Anne Vancil de Oliveira
Asdaq Kamran Wahid
Allison Mae Widney
Auburn Raquell Wise
Monica Malia Michiko Yempuku
Ana Maria Zander

Each applicant is reminded that, until he or she has met all other requirements as set forth in RSCH Rule 1.3, and has been admitted to practice law by the Supreme Court of the State of Hawaiʻi, that applicant may <u>not</u> engage in the practice of law in this jurisdiction.

DATED:  Honolulu, Hawaiʻi, May 5, 2020.

BOARD OF EXAMINERS

By:    /s/ Rochelle R.T. Kaui

       Its Secretary



-2-